**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lisa Odisho,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Costco Wholesale Corporation.,<br><br>　　　　　　Defendant(s). | **2:23-cv-01196-JAD-MDC**<br><br>**ORDER DENYING STIPULATION** |

**IT IS ORDERED** that the *Stipulation for Extension of Time* (ECF No. 19) is **DENIED** with leave to file an amended stipulation. In the parties' prior 09/26/24 stipulation (ECF No. 17), the parties stated the deposition of plaintiff Lisa Odisho had been completed. In contrast, the parties' current stipulation (ECF No. 19) does not identify Ms. Odisho's deposition as being completed. Instead, the stipulation discusses Ms. Odisho's deposition is one of the reasons why discovery needs to be extended. The parties may submit an amended stipulation which addresses this discrepancy and more accurately states the discovery that has been completed and the discovery that remains to be completed.

DATED this 13th day of November 2024.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge