**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lisa Odisho,<br><br>             Plaintiff,<br><br>vs.<br><br>Costco Wholesale Corporation,<br><br>             Defendant. | 2:23-cv-01196-JAD-MDC<br><br>**ORDER DENYING MOTION** |

Plaintiff filed a *Motion to Compel and Motion for Sanctions* ("Motion") (ECF No. 25). Defendants opposed and counter moved for sanctions. *See ECF Nos. 26, 28*. The parties failed to comply with the Court's Standing Order (ECF No. 16) regarding discovery disputes and the motions (ECF No. 25, 28) were filed in violation of such order. Therefore, the Court denies the motion to compel and countermotion for sanctions without prejudice.

Both parties must comply with the discovery dispute procedures set forth in the Court's Standing Order (ECF No. 16). The stipulated discovery dispute should also address the parties' respective positions on sanctions.

//
//
//
//
//
//
//
//
//
//

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Compel* (ECF No. 25) is DENIED WITHOUT PREJUDICE.

2. The *Counter-Motion for Sanctions* (ECF No. 28) is DENIED WITHOUT PREJUDICE.

3. The parties are directed to meet and confer in compliance with LR IA 1-3(f); LR 26-6(c); and the Court's Standing Order and, if the discovery dispute remains, file the required Stipulation Regarding Discovery Dispute in compliance with the Court's Standing Order. Failure to comply may result in sanctions.

DATED this 25th day of April 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge