**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
**MAEGUN C. MOOSO, ESQ.**
Nevada Bar No. 15067
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile:  (702) 477-7778
ranalliservice@ranallilawyers.com
Attorney for Defendant,
COSTCO WHOLESALE CORPORATION D/B/A COSTCO
d/b/a COSTCO

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LISA ODISHO, individually,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION D/B/A COSTCO, d/b/a COSTCO, a foreign corporation, DOE INDIVIDUALS I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01196-JAD-VCF |

## STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants, COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOE EMPLOYEES OF COSTCO WHOLESALE CORPORATION; DOE MAINTENANCE COMPANY, hereafter "COSCTO", and LISA ODISHO by and through their respective attorneys of record, that all claims made by

1

Plaintiff LISA ODISHO be dismissed with prejudice, with each of the parties to pay their own attorneys' fees, costs, and interests herein incurred.

No Scheduling Order or Request for Trial Setting was filed and no trial date has been set.

Feb. January ___, 2026

Feb. January 12, 2026

**THE POWELL LAW FIRM**

/s/ _____

**PAUL D. POWELL ESQ.**
Nevada Bar No.: 7488
**JONATHAN L. POWELL, ESQ.**
Nevada Bar No.: 9153
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Attorneys for Plaintiff

**RANALLI    ZANIEL    FOWLER    & MORAN, LLC**

no. 12763

/s/ _____ for

**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorneys for Defendants

## ORDER

Based on the parties' stipulation **[ECF No. 70]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 27, 2026

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778